In the Matter of the Accounting of Irving M. Lachman, as Executor of David Lachman, Deceased, Respondent; Sylvia L. Hyatt, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*Robert E. Perin* and *Joseph E. Greenberg* for appellant.

*Abraham N. Davis* and *Manfred Nathan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.